JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HIGHTOWER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., THE OFFICE OF THE INDEPENDENT ADMINISTRATOR, MARCELL A BELL, and DEBORAH Z. WISSLEY,<br><br>　　　　Defendants. | Case No. 5:23-cv-00282-JWH-DTB<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case filed substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.
2. This action is **DISMISSED with prejudice**.
3. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 8, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE